# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DAVID L. FLANIGAN, an individual,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. Act. No.: 2:12-cv-01078-JHH ) |
| **LVNV FUNDING, LLC, a corporation;** | ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT AGAINST LVNV FUNDING, LLC

This action is before the Court on Plaintiff's Notice, filed pursuant to Federal Rule of Civil Procedure 68(a), of his Acceptance of the Offer of Judgment tendered by Defendant LVNV Funding, LLC and his request of entry of judgment in the amount $10,000.00.

Accordingly, it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that Plaintiff have and recover against Defendant the amount of $10,000.00, which includes attorneys' fees and costs.

Done this the 9th day of May, 2012.

_____
Senior United States District Judge